**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 622-4444
Fax:     (973) 624-7070
Attorneys for Plaintiff
Fairrington Transportation Corp.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAIRRINGTON TRANSPORTATION CORP., an Illinois Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>COM-PAK SERVICES, INC.,<br>a New Jersey Corporation,<br><br>                Defendant. | Civil Action No. 11-6989 (JHR)(KMW)<br><br>**JUDGMENT OF DEFAULT AGAINST DEFENDANT COM-PAK SERVICES, INC.** |

      THIS MATTER comes before the Court on the application of plaintiff Fairrington Transportation Corp. ("Fairrington") for final judgment by default; and it appearing to the Court that the summons and complaint in this action having been duly served on defendant Com-Pak Services, Inc. on December 8, 2011, and said defendant having failed to plead or otherwise defend in this action, and said default having been duly entered on the docket on February 15, 2012; and the Court having reviewed the motion of Fairrington for default judgment against defendant Com-Pak Services, Inc. in accordance with Rule 55 of the Federal Rules of Civil Procedure and good cause having been shown,

ME1 13937335v.1

IT IS on this 5th day of September, 2012,

ORDERED AND ADJUDGED, that final judgment by default is hereby entered in favor of plaintiff Fairrington and against defendant Com-Pak Services, Inc. in the amount of $507,659.14; and that the plaintiff Fairrington have execution therefore.

_____
HON. JOSEPH H. RODRIGUEZ
UNITED STATES DISTRICT JUDGE

ME1 13937335v.1